FILED
April 25, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CESAR NEVAREZ-ERUNEZ<br><br>Defendant. | Case No. 2:22-cr-0210 DJC-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JULIO CESAR NEVAREZ-ERUNEZ</u> Case No. <u>2:22-cr-0210 DJC-1</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

    \_\_\_\_\_   Bail Posted in the Sum of $ _____

         \_\_\_\_\_   Unsecured Appearance Bond $ _____

         \_\_\_\_\_   Appearance Bond with 10% Deposit

         __X__   Appearance Bond with Surety

         (Other): Mr. Nevarez-Erunez is to be released at **9:00 AM on 4/26/2023** from Nevada City Jail. Mr. Nevarez-Erunez shall proceed directly to Pretrial Services to arrive by 11:00 AM. He will then make his way to Blessings Care Room & Board, 3120 Clay Street, Sacramento, CA 95815.

Issued at Sacramento, California on April 25, 2023 at 3:10 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney