1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
JULIO NEVAREZ-ERUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-210 DJC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |
| JULIO NEVAREZ-ERUNEZ, | |
| Defendant. | Judge:  Hon. Kendall J. Newman |

Mr. Nevarez-Erunez was released from custody onto pretrial supervision on April 26,

2023. CR 70. The conditions of his release restrict his travel to the Eastern District of California.

CR 75.

The parties hereby request that the District of Oregon be added to the area of travel. The

purpose of this amendment is to permit Mr. Nevarez-Erunez to reside at the home of a family

member in Oregon. The Pretrial Services Officer has no objection to this request and has

approved Mr. Nevarez-Erunez' change in residence.

The amended language to be added to condition # 4 of Mr. Nevarez-Erunez conditions of

release is as follows:

**You must restrict your travel to the Eastern District of California and the District of Oregon unless otherwise approved in advance by the pretrial services officer;**

For the reasons set forth above, the parties respectfully request the Court adopt this stipulation.

Dated: June 5, 2023                    Respectfully submitted,


                                       HEATHER E. WILLIAMS
                                       Federal Public Defender

                                       /s/ Hannah R. Labaree
                                       HANNAH R. LABAREE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       JULIO CESAR NEVAREZ-ERUNEZ


Dated: June 5, 2023                    PHILLIP A. TALBERT
                                       UNITED STATES ATTORNEY

                                       /s/ Emily G. Sauvageau
                                       EMILY G. SAUVAGEAU
                                       Assistant United States Attorney


## FINDINGS AND ORDER

The Court having read and considered the Stipulation and Joint Request for a Protective Order, which this Court incorporates by reference into this Order in full, hereby finds that GOOD CAUSE exists to enter the above Order.

IT IS SO FOUND AND ORDERED.

Dated:  June 6, 2023


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE