HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JULIO NEVAREZ-ERUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-210-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| JULIO NEVAREZ-ERUNEZ, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United State Attorney Emily Sauvageau, counsel for the United States, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Julio Nevarez-Erunez, that Special Conditions 12 and 13 be removed from Mr. Nevarez-Erunez's conditions of release.

Mr. Nevarez-Erunez was released from custody onto pretrial supervision on April 26, 2023. ECF No. 70. He is currently residing and working in Oregon. The conditions of his release require him to participate in location monitoring and abide by a daily curfew to his residence from 8:00 p.m. to 6:00 a.m. *See* ECF No 75 at ¶¶12, 13. Since his release, for over six months, Mr. Nevarez-Erunez has complied with all conditions, including his location monitoring and curfew, and is currently employed.

In addition, in late September, Mr. Nevarez-Erunez sought permission to temporarily suspend Special Conditions 12 and 13, related to his location monitoring and curfew, in order to travel out of district on a work project. *See* ECF No. 90. After completing the work project, he reported back to pretrial services with no issues.

In light of this, the parties now request that Mr. Nevarez-Erunez's conditions of release be modified, and specifically that Conditions 12 and 13 be removed entirely. Pretrial Services has no objection to the modification. All other previously imposed terms and conditions will remain in full force and effect.

Dated: November 1, 2023              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Public Defender

                                     */s/ Meghan D, McLoughlin*
                                     MEGHAN D. McLOUGHLIN
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     JULIO CESAR NEVAREZ-ERUNEZ

Dated: November 1, 2023              PHILLIP A. TALBERT
                                     UNITED STATES ATTORNEY

                                     */s/ Emily G. Sauvageau*
                                     EMILY G. SAUVAGEAU
                                     Assistant United States Attorney

## FINDINGS AND ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Order Setting Special Conditions of Release, ECF No. 75, to remove Special Conditions 12 and 13. All other previously imposed terms and conditions will remain in full force and effect.

**IT IS SO FOUND AND ORDERED.**

Dated:  November 1, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE