HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
JULIO NEVAREZ-ERUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00210-DJC |
| Plaintiff, | ) | **UNOPPOSED MOTION TO EXONERATE BOND** |
| vs. | ) | |
| JULIO NEVAREZ-ERUNEZ, | ) | Hon. Chi Soo Kim |
| Defendant. | ) | |

IT IS HEREBY REQUESTED that the secured cash bond in the amount of $5,000.00 posted by Julia Nevarez, as ordered by the Honorable Carolyn K. Delaney to secure Mr. Nevarez-Erunez's pretrial release, be ordered exonerated in light of the facts as presented below.

On April 18, 2023, the Honorable Carolyn K. Delaney ordered Mr. Nevarez-Erunez's release on multiple bonds, including a $5,000.00 cash bond posted by Julia Nevarez. *See* Dkt. 70.  On April 25, 2003, Julia Nevarez posted $5,000.00 cash consistent with the Court's order. *See* Dkt. 73, Receipt No. 200000624.

Mr. Nevarez-Erunez has since been sentenced on Count 1 of the Indictment, and all remaining counts have been dismissed.  Dkts. 136, 137.  Mr. Nevarez-Erunez self-surrendered to his designated Bureau of Prisons facility as ordered on January 15, 2026.  As a result, he now moves to exonerate the cash bond posted to secure his release.

//

-1-

The government does not oppose this request for an order to exonerate the secured bond.

Dated: February 3, 2026

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Meghan McLoughlin*
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for JULIO NEVAREZ-ERUNEZ

## ORDER

IT IS HEREBY ORDERED in Case No. 2:22-CR-00210-DJC, that the $5,000.00 cash bond posted by Julia Nevarez be exonerated and that the Clerk of the Court reconvey to the surety the funds posted. Defense Counsel is directed to provide a current mailing address for Ms. Julia Nevarez to the Clerk of Court for the return of the above-referenced items.

Dated: February 3, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

-3-